UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

| | |
|---|---|
| JUDITH K. PERRY | CASE NUMBER: 05-50128 |
| SSN: xxx-xx-0712 | CHAPTER 13 |
| Debtor | |

NOTICE TO NORTHERN INDIANA FOOT AND ANKLE ASSOCIATION THAT $4.19 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #106000

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Northern Indiana Foot & Ankle Association, creditor herein, and deposits $4.19 into the Court Clerk's Unclaimed Funds Account in Treasury Account #106000.

1. The last known address for Northern Indiana Foot & Ankle Association was:

    4455 Edison Lakes Pkwy.
    Suite. 200-A
    Mishawaka, IN 46545

2. Several of the Standing Chapter 13 Trustee's disbursement checks have been returned with "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster or have not been negotiated.

3. Subsequent attempts to locate this creditor were fruitless.

4. Any objections to said Deposit should be made in writing, with the Court Clerk.

Dated: 3-12-10

Respectfully Submitted,

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Notice was sent on 3-12-10

By U. S. Mail to the following:

Debtor(s): Judith K. Perry, 226 N. Lombardy, South Bend, IN 46619
Creditor: Northern Indiana Foot & Ankle Assoc., 4455 Edison Lakes Pkwy, Ste. 200-A, Mishawaka, IN 46545
Debtor's Attorney: Pro Se

By electronic e-mail to the following:
U.S. Trustee

/s/ Debra L. Miller, Trustee
By: Rosemary Ward-Wilson